# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 18-525 |
| v. | |
| ROBERT DEAN CAESAR | |

## ORDER

AND NOW, this 27th day of January, 2022, after considering the Government's Amended Motion *in Limine* (ECF 28), Caesar's Response (ECF 42), the Government's Addendum (ECF 80), Caesar's second Response (ECF 91), and oral argument on the Motion (ECF 56) it is **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.